IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re Cylink Securities Litigation | : | MISC. ACTION |
| JONNY ALPERN, | : | |
| PLAINTIFF | : | |
| v. | : | |
| THE NASDAQ STOCK MARKET, INC. | : | |
| RESPONDENT | : | NO. 02-176 |

**O R D E R**

AND NOW, this 11th day of July, 2002, it is Ordered that a hearing on the Motion to Compel non-party, NASDAQ, to comply with subpoena duces tecum (doc. no. 1) is scheduled for **July 31, 2002 at 9:00 a.m.**, before the Honorable Eduardo C. Robreno, in Courtroom 12A, 12th floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

        ATTEST:                    or     BY THE COURT


        BY:_____        _____
        Deputy Clerk                      Judge

C.V. 12 (4/99)

faxed & mailed to: John F. Innelli, Esq.
                   William M. Connolly, Esq.